Nov. Term,

TAYLOR and Another *v.* HEFFNER.                      1837.

The plaintiff's withdrawing of a general demurrer to a plea in bar and filing a        TAYLOR
replication in denial of the plea, entitle the defendant, under the statute, to         *v.*
a continuance.                                                                         HEFFNER.

ERROR to the *Tippecanoe* Circuit Court.                     *Friday,*
                                                             *December* 1.

BLACKFORD, J.—*Heffner* brought an action of assumpsit
against *Taylor* and *Hunt* for hogs sold and delivered.   Pleas,.
non assumpsit and. payment.   Verdict and judgment for the
plaintiff.

The following proceedings took place in the progress of the
cause:—

On the seventh day of the term at which the cause was
tried, the defendants filed their plea of payment; and on the
ninth day of the term, the plaintiff filed a general demurrer to
the plea.   The Court having thereupon intimated an opinion
relative to the validity of the plea, the plaintiff by leave of the
Court withdrew his demurrer, and filed a replication in denial
of the plea.   The defendants then, in consequence of the with-
drawing of the demurrer and filing of the replication, moved for
a continuance of the cause; which motion was overruled.

The refusal of the Court to continue the cause, under these
circumstances, is the error assigned.

Whether the defendants were entitled to the continuance
applied for, depends upon the meaning of the 29th section of
the Practice Act.   According to this statutory provision, when
either party amends his pleading in substance, his opponent
is entitled to a continuance.   It appears to us, that the plain-
tiff's withdrawing of his general demurrer to the plea in bar in
this cause, and filing a replication in denial of the plea, pro-
duced a substantial change in his pleading; and that the case
was thus brought within the spirit of the statute.   The defend-
ants were as liable to be surprised by this substitution of an
issue in fact in the place of an issue in law, as they would
have been by the amendment, in substance, of a replication
to the plea.

*Per Curiam.*—The judgment is reversed and the verdict set
aside with costs.   Cause remanded, &c.

*A. S. White* and *R. A. Lockwood*, for the plaintiffs.

*J. Pettit*, for the defendant.